[No. 8358-9-I.   Division One.   October 13, 1980.]

JOHN H. BOEKE, JR., ET AL, *Respondents*, v. INTER-
NATIONAL PAINT COMPANY (CALIFORNIA),
INC., *Appellant.*

LEO PATRICK MURPHY, *Respondent*, v. INTERNATIONAL
PAINT COMPANY (CALIFORNIA), INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 809744, William C. Goodloe, J., entered September 14, 1978. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Andersen and Ringold, JJ.

[No. 7950-6-I.   Division One.   October 13, 1980.]

MICHAEL ANTHONY NELSON, *Appellant*, v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90173, Robert E. Dixon, J., entered August 3, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Pearson, J.